**Exhibit A to the Complaint**

**Location:** Queens, NY

**Total Works Infringed:** 25

**IP Address:** 47.230.11.24

**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | B4C0631AA95DB9C90E57D3E0B007FD24A909CD64 | 01/19/2025 22:17:55 | TushyRaw | 12/10/2024 | 12/13/2024 | PA0002506275 |
| 2 | 55BE20A3EF1F862A4F67E3B416C273666D44C068 | 12/22/2024 08:04:39 | Blacked | 06/07/2024 | 09/04/2024 | PA0002490141 |
| 3 | C02973B576BC3B96F52DBC7C4DF2985EE8CEF587 | 12/19/2024 16:36:30 | Milfy | 11/27/2024 | 12/13/2024 | PA0002506274 |
| 4 | 62DBC3F955441D63A7E604C37C1A2D4F9BDDAE74 | 12/16/2024 06:41:42 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 5 | 9782944D8AC751E0CC319829B5B5C43B543CFC8A | 12/14/2024 17:30:53 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 6 | 81A660507C04F9AE3A691D71BCCDCDFB64779587 | 09/22/2024 06:34:27 | Blacked | 09/15/2024 | 10/17/2024 | PA0002494706 |
| 7 | 8D6CE9C7524655D3FA8DC6DD024C6B89FE140FCE | 09/15/2024 07:36:42 | Vixen | 09/06/2024 | 09/18/2024 | PA0002490437 |
| 8 | 40C63150A8E40888FEA4D294638C635C3EBD3D6B | 09/15/2024 01:09:50 | Tushy | 04/14/2024 | 05/08/2024 | PA0002470012 |
| 9 | 6F4D3487FB3B51C1F9E78925CCD7232111431D37 | 08/28/2024 06:32:34 | Blacked | 08/21/2024 | 09/17/2024 | PA0002490358 |
| 10 | 75D19E4132B6D46EF7DF01C814B1AF44DB18BEA5 | 08/25/2024 06:01:23 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 11 | 2E5893C4F22F5584CB962444B1836EDB2EBFAACD | 08/23/2024 04:52:34 | Tushy | 08/18/2024 | 09/18/2024 | PA0002490454 |
| 12 | E5406E5ED2D1B0A10EE50B9909557E6637DC7F1E | 08/12/2024 05:49:42 | Milfy | 11/01/2023 | 12/07/2023 | PA0002446649 |
| 13 | 977C10DFC6D332F6D060954EC73F2D222C066A13 | 08/12/2024 05:47:09 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |
| 14 | 7E7B450485AAB90A38AEDF3C52BEF008BF7C5C0D | 08/12/2024 05:44:04 | Milfy | 10/25/2023 | 12/07/2023 | PA0002446668 |
| 15 | 5B9846CF7538720E798C6D5DC1F3B7FE8EE80924 | 08/11/2024 17:25:37 | Milfy | 05/01/2024 | 06/20/2024 | PA0002477047 |
| 16 | 15386C313F60B8490F2821F40E4D11E86F2B9140 | 08/11/2024 17:23:15 | Milfy | 07/10/2024 | 09/05/2024 | PA0002491136 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 17 | CB449A30844F774866CE876A5799CE364F9F76A1 | 08/11/2024 17:10:09 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 18 | 090E1E7DB417BA033A9E5CE9D5135A4A0E0E5717 | 08/11/2024 00:47:42 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |
| 19 | D6BE6D26F726CBC7A5ADDB59EFCC2C615792E159 | 08/08/2024 07:15:15 | Blacked | 08/01/2024 | 08/14/2024 | PA0002484879 |
| 20 | AF83F7D97AD4EF49109C909D794816322D05CF11 | 07/17/2024 03:57:11 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 21 | 199295865878D30829A1848342D92E572E18F5DC | 07/10/2024 22:30:53 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 22 | C86841F31C81C7CEA8083CE2A036AABAD879D184 | 07/09/2024 15:10:46 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 23 | CCDF017078085389A6979E1547B5CA485CC0AC60 | 07/09/2024 15:06:19 | Blacked | 07/02/2024 | 07/15/2024 | PA0002480438 |
| 24 | FF4940C519AB6C1DE67D20D0AE16BD6BDD38A985 | 07/08/2024 01:35:37 | Blacked | 06/12/2024 | 06/18/2024 | PA0002476932 |
| 25 | 593F3273AED941D548F11B224A34330D28059851 | 07/06/2024 22:12:13 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |